509 P.2d 1339

**Domingo FUENTES, Petitioner,**

v.

**STATE of New Mexico, Respondent.**

**No. 9734.**

Supreme Court of New Mexico.

May 21, 1973.

Original Proceeding On Certiorari

Ordered that permission to withdraw application for writ of certiorari be and the same is hereby granted.

Further ordered that the record in Court of Appeals 84 N.M. 757, 508 P.2d 27, be and the same is hereby returned to the Clerk of the Court of Appeals.

509 P.2d 1339

**Fred LAUDERDALE, Petitioner,**

v.

**STATE of New Mexico, Respondent.**

**No. 9679.**

Supreme Court of New Mexico.

March 15, 1973.

Original Proceeding on Certiorari

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 979, 85 N.M. 157, 509 P.2d 1352 be and the same is hereby returned to the Clerk of the Court of Appeals.

509 P.2d 1339

**STATE of New Mexico, Petitioner,**

v.

**Amado LOPEZ, Respondent.**

**No. 9611.**

Supreme Court of New Mexico.

May 21, 1973.

Original Proceeding On Certiorari

Now, therefore, it is ordered that the writ of certiorari issued herein on January 3, 1973 be and the same is hereby discharged as having been improvidently issued.

Further ordered that the record in Court of Appeals 84 N.M. 453, 504 P.2d 1086, be and the same is hereby returned to the Clerk of the Court of Appeals.

509 P.2d 1339

**Vera MAY, Petitioner,**

v.

**Christine BAKLINI and Edward Baklini, Respondents.**

**No. 9724.**

Supreme Court of New Mexico.

May 14, 1973.

Original Proceeding on Certiorari

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 994, 85 N.M. 150, 509 P.2d 1345 be and the same is hereby returned to the Clerk of the Court of Appeals.